KAREN P. HEWITT
United States Attorney
TIMOTHY D. COUGHLIN
Assistant U.S. Attorney
California State Bar No. 144911
Federal Office Building
880 Front Street, Rm. 6293
San Diego, California 92101-8893
Telephone: (619) 557-7044
Email: timothy.coughlin@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 93cr0532-N |
| Plaintiff, ) | |
| v. ) | GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND RECALL ARREST WARRANT |
| MARTIN AVENDANO-OJEDA (6), ) | |
| Defendant. ) | |

COMES NOW the United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Timothy D. Coughlin, Assistant U.S. Attorney, and hereby moves the Court to dismiss without prejudice the indictment filed in the above-referenced case and recall the arrest warrant due to the following factors: 1) the inability by agents to locate the defendant over the past 16 years; and 2) the age and viability of the evidence and availability of Government witnesses if defendant was, in fact, located.

DATED: August 20, 2009.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Timothy D. Coughlin
TIMOTHY D. COUGHLIN
Assistant U.S. Attorney