UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 93CR0532-N |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL OF INDICTMENT AND WITHDRAWAL OF ARREST WARRANT |
| MARTIN AVENDANO-OJEDA (6), | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case is dismissed without prejudice and arrest warrant withdrawn.

**DATED: August 24, 2009**

*[signature]*

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**